1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

In Re:

LLS AMERICA, LLC,

Debtor,

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

Plaintiff,

v.

GLENN YAKADA, et al.,

Defendants.

NO:  2:14-CV-11-RMP

Bankr. Case No. 09-06194-PCW11 (Consolidated Case)

Adv. Proc. No. 11-80093-PCW11

ORDER DISMISSING DEFENDANTS ROD PAKOSH AND PENNY PAKOSH

This matter came before the Court pursuant to the Stipulation of Dismissal only as to Rod Pakosh and Penny Pakosh filed by Plaintiff, ECF No. 17.  Having reviewed the Stipulation and the files and pleadings therein, the Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED** that Rod

ORDER DISMISSING DEFENDANTS ROD PAKOSH AND PENNY PAKOSH ~ 1

Pakosh and Penny Pakosh are dismissed as defendants in this case, with prejudice, and without costs or fees to either party.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, to **terminate Rod Pakosh** and **Penny Pakosh as defendants in this** case, and provide copies to counsel and to any pro se defendants.

**DATED** this 31st day of March 2014.


      *s/ Rosanna Malouf Peterson*

ROSANNA MALOUF PETERSON
Chief United States District Court Judge