UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GLENN YAMADA, et al.,<br><br>　　　　　　　　　Defendants. | NO: 2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80296<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS GLENN YAMADA AS A DEFENDANT |

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss Glenn Yamada as a defendant in this case, ECF No. 19. Having reviewed the motion and pursuant to the Settlement Agreement entered into by the parties, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

ORDER GRANTING STIPULATED MOTION TO DISMISS GLENN YAMADA AS A DEFENDANT ~ 1

1. The parties' Stipulated Motion to Dismiss, **ECF No. 19**, is **GRANTED**.

2. Glenn Yamada is hereby dismissed as a defendant in this case, with prejudice, and with each party to bear its own attorneys' fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Glenn Yamada as a defendant**, and to provide copies of this Order to counsel.

**DATED** this 15th day of May 2014.

                       *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
               Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS GLENN YAMADA AS A DEFENDANT ~ 2