UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>               Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>               Defendants. | NO:  14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 11-80279-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS OTTO RATFELDER AND DIANE RATFELDER |

Before the Court is a Stipulated Motion to Dismiss Otto Ratfelder and Diane Ratfelder as defendants, ECF No. 29, in accordance with the settlement agreement reached between the respective parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS OTTO RATFELDER AND DIANE RATFELDER ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 29**, is **GRANTED**.

2. Otto Ratfelder and Diane Ratfelder are dismissed as defendants in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Otto Ratfelder and Diane Ratfelder** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 5th day of November 2014.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge