UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>　　　　　　　Defendants. | NO:  2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS CLIFF YARBROUGH, MARION YARBROUGH, DEBORAH YARBROUGH, AND ANTHONY ALFARONE |

Before the Court is a Stipulated Motion to Dismiss Cliff Yarbrough, Marion Yarbrough, Deborah Yarbrough, and Anthony Alfarone as defendants, ECF No. 31, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS CLIFF YARBROUGH, MARION YARBROUGH, DEBORAH YARBROUGH, AND ANTHONY ALFARONE ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 31**, is **GRANTED**.

2. Cliff Yarbrough, Marion Yarbrough, Deborah Yarbrough, and Anthony Alfarone are dismissed as defendants in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Cliff Yarbrough, Marion Yarbrough, Deborah Yarbrough, and Anthony Alfarone** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 18th day of November 2014.

                                       *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                       Chief United States District Court Judge