UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>           Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>           Defendants. | NO: 2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS GARY PADGHAM, DANIELLE PADGHAM, IRIS PADGHAM, MIKKI (PADGHAM) HULL, AND ERIN (PADGHAM) HOLEN |

Before the Court is a Stipulated Motion to Dismiss Gary Padgham, Danielle Padgham, Iris Padgham, Mikki (Padgham) Hull, and Erin (Padgham) Holen as defendants, ECF No. 33, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS GARY PADGHAM, DANIELLE PADGHAM, IRIS PADGHAM, MIKKI (PADGHAM) HULL, AND ERIN (PADGHAM) HOLEN ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 33**, is **GRANTED**.

2. Gary Padgham, Danielle Padgham, Iris Padgham, Mikki (Padgham) Hull, and Erin (Padgham) Holen are dismissed as defendants in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Gary Padgham, Danielle Padgham, Iris Padgham, Mikki (Padgham) Hull, and Erin (Padgham) Holen** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 4th day of December 2014.

>     *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS GARY PADGHAM, DANIELLE PADGHAM, IRIS PADGHAM, MIKKI (PADGHAM) HULL, AND ERIN (PADGHAM) HOLEN ~ 2