UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>    Debtor, | NO: 2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>    Defendants. | ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS NICOLE ROMANI AND BRADLEY LUCY |

Before the Court is a Stipulated Motion to Dismiss Nicole Romani and Bradley Lucy as defendants, ECF No. 35, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS NICOLE ROMANI AND BRADLEY LUCY ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 35**, is **GRANTED**.
2. Nicole Romani and Bradley Lucy are dismissed as defendants in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Nicole Romani and Bradley Lucy** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 11th day of December 2014.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                      Chief United States District Court Judge