1

2

3

4

5              UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | NO: 2:14-CV-11-RMP |
| LLS AMERICA, LLC, | |
| Debtor, | Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS MOHSEN BAGHERIAN AND HELEN BAGHERIAN |
| Plaintiff, | |
| v. | |
| GLEN YAMADA, et al, | |
| Defendants. | |

        Before the Court is a Stipulated Motion to Dismiss Mohsen Bagherian and

Helen Bagherian as defendants, ECF No. 42, in accordance with the settlement

agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS
MOHSEN BAGHERIAN AND HELEN BAGHERIAN ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper.  *See* Fed. R. Civ. P. 41(a)(2).  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 42**, is **GRANTED**.

2. Mohsen Bagherian and Helen Bagherian are dismissed as defendants in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Mohsen Bagherian and Helen Bagherian** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 15th day of January 2015.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS
MOHSEN BAGHERIAN AND HELEN BAGHERIAN ~ 2