# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JANET MCDONALD, et al.,<br><br>                Defendants. | NO: 2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 11-80191-FPC<br><br>JUDGMENT AGAINST JANET MCDONALD |

## JUDGMENT SUMMARY

1. Judgment Creditor:          Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:          Witherspoon Kelley

3. Judgment Debtor:          Janet McDonald

JUDGMENT AGAINST JANET MCDONALD ~ 1

4.   Attorneys for Judgment Debtor:     Foster Pepper, PLLC

5.   Judgment Amount (Principal):     $70,000.00 CAD

6.   Interest Rate on Judgment:     .09%  (28 U.S.C. § 1961)

## JUDGMENT

Based upon the Stipulation of the parties, ECF No. 38, Ex. A, **IT IS HEREBY ORDERED** that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is awarded judgment against Defendant Janet McDonald ("Defendant") in the principal sum of $70,000.00 in Canadian dollars.  Interest shall accrue on this Judgment at the rate of .09% per annum, to be compounded annually pursuant to 28 U.S.C. § 1961.

It is further ordered that this Judgment is a non-appealable judgment, pursuant to the parties' Stipulation, and the Judgment shall be fully enforceable in Canada and Defendant waived all rights to contest this Judgment on any basis.

**IT IS SO ORDERED**.

The District Court Executive is directed to enter this Judgment and to provide copies to counsel.

**DATED** this 29th day of January 2015.

                                     *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                     Chief United States District Court Judge