UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor, | NO: 14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>                    Defendants. | ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS MICHAEL J. BEYER AND JANE DOE BEYER |

    Before the Court is a Stipulated Motion to Dismiss Michael J. Beyer and

Jane Doe Beyer as defendants, ECF No. 52, in accordance with the settlement

agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS
MICHAEL J. BEYER AND JANE DOE BEYER ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 52**, is **GRANTED**.
2. Michael J. Beyer and Jane Doe Beyer are dismissed as defendants in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Michael J. Beyer and Jane Doe Beyer** as defendants in this case, and to provide copies of this Order to counsel.

**DATED** this 21th day of May 2015.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                      Chief United States District Court Judge