UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor, | NO: 14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>                  Defendants. | ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT ADAM NELSON |

    Before the Court is a Stipulated Motion to Dismiss Adam Nelson as a defendant, ECF No. 51, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT ADAM NELSON ~ 1

1  Having reviewed the motion and relevant filings, and being fully informed,
2  the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P.
3  41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

4  1. Plaintiff's Stipulated Motion, **ECF No. 51**, is **GRANTED**.

5  2. Adam Nelson is dismissed as a defendant in this matter with prejudice
6  and with each party to bear its own attorney fees and costs.

7  The District Court Clerk is directed to enter this Order, to **terminate Adam**
8  **Nelson** as a defendant in this case, and to provide copies of this Order to counsel.

9  **DATED** this 21th day of May 2015.

    *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT ADAM NELSON ~ 2