UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| In Re:<br><br>LLS AMERICA, LLC,<br><br>      Debtor, | NO:  2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>      Defendants. | ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT MARTINA PEIPER |

  Before the Court is Plaintiff's Motion for Judgment on the Pleadings as to Defendant Martina Peiper.  ECF No. 62.  This Order is entered to resolve the motion on the docket.  Judgment will be entered separately.

ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT MARTINA PEIPER ~ 1

1  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for

2  Judgment on the Pleadings as to Defendant Martina Peiper, **ECF No. 62**, is

3  **GRANTED**.

4  The District Court Clerk is directed to enter this Order and provide copies to

5  counsel.

6  **DATED** this 11th day of August 2015.

7

8          *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT MARTINA PEIPER ~ 2