UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GLEN YAMADA, et al,<br><br>　　　　　　　　　　Defendants. | NO: 2:14-CV-11-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>JUDGMENT AND JUDGMENT SUMMARY AGAINST MARTINA PEIPER |

**JUDGMENT SUMMARY**

1.  Judgment Creditor:          Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2.  Attorneys for Judgment Creditor:    Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST MARTINA PEIPER~ 1

| | | | |
|---|---|---|---|
| 3. | Judgment Debtor: | Martina Peiper | |
| 4. | Attorney for Judgment Debtor: | Gregg Smith, Paine Hamblen, LLP | |
| 5. | Judgment Amount (Principal): | $13,020.00 USD | |
| 6. | Prejudgment Interest (0.47% from July 21, 2009, through June 17, 2015): | $370.68 USD | |
| 7. | Total Judgment: | $13,390.68 USD | |
| 8. | Plus taxable costs in the amount to be determined by the Court: | | |
| 9. | Interest Rate on Judgment: | .24% (28 U.S.C. § 1961) | |

The Court previously granted Plaintiff's Motion to Enforce Settlement Agreement, ordering Ms. Peiper to pay Plaintiff $45,000.00 USD. ECF No. 59. Ms. Peiper indicates that she has paid Plaintiff $31,980.00 USD in partial satisfaction of the amount ordered by the Court, such that $13,020.00 USD remains to be paid. ECF No. 63.

Thus, in accordance with the Order Granting Motion to Enforce Settlement Agreement, **IT IS HEREBY ORDERED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is awarded Judgment against defendant Martina Peiper, as follows:

  a. Judgment  $13,020.00 USD

  b. Prejudgment interest (0.47% per annum from July 21, 2009, to June 17, 2015)  $370.68 USD

JUDGMENT AND JUDGMENT SUMMARY AGAINST MARTINA PEIPER~ 2

      c.      Plus taxable costs in the amount to be determined by the Court

      d.      Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.24% per annum (28 U.S.C. § 1961)

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 11th day of August 2015.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Chief United States District Court Judge