# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRUCE P. KRIEGMAN, Liquidating Trust for LLS AMERICA LLC<br>*Plaintiff*<br>v.<br>GLENN YAMADA, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:14-cv-11-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Dennis Nelson is dismissed, WITH PREJUDICE, with each party to bear their own attorneys' fees and costs (ECF No. 79).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  JUDGE ROSANNA MALOUF PETERSON  on a Stipulation for Dismissal of Defendant Dennis Nelson (ECF No. 77) pursuant to FRBP 7041 and FRCP 41(a)(1)(A).

Date: 08/08/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates